ACCEPTED
01-12-00470-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/23/2015 2:36:00 PM
CHRISTOPHER PRINE
CLERK



**DUGGINS
WREN
MANN &
ROMERO, LLP**

One American Center
600 Congress
Suite 1900
Austin, TX 78701

P.O. Box 1149
Austin, TX 78767

p: 512.744.9300
f: 512.744.9399
www.dwmrlaw.com

July 23, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/23/2015 2:36:00 PM

CHRISTOPHER A. PRINE
Clerk

Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin Street, Suite 208
Houston, Texas 77002

RE:     No. 01-12-00470; *Entergy Corporation et al. v. David Jenkins et al.*,
        in the Court of Appeals for the First District of Texas

Dear Mr. Prine:

Appellants' letter-brief of April 30, 2015, mentioned a recent opinion of the federal district court in Mississippi finding federal question jurisdiction in a case involving the same System Agreement and similar allegations as in this case. This is to advise the Court that the U.S. Court of Appeals for the Fifth Circuit has denied the plaintiff's requests for a discretionary appeal of that jurisdictional order. The appellate orders are enclosed.

Sincerely,

*/s/ David C. Duggins*

David C. Duggins

alm

Enclosure

cc:     Joseph D. Jamail – w/enc.

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————

No. 15-90011

————————————

A True Copy
Certified order issued Jun 08, 2015

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

STATE OF MISSISSIPPI, ex rel, Jim Hood, Attorney General for the State of Mississippi,

      Plaintiff - Petitioner

v.

ENTERGY MISSISSIPPI, INCORPORATED; ENTERGY CORPORATION; ENTERGY SERVICES, INCORPORATED; ENTERGY POWER, INCORPORATED; FICTITIOUS DEFENDANTS A-Z, those individuals, corporations or otherwise who acted as officer, director, agent, representative or employee of any of the other defendants, and have acted within the course and scope of that official capacity, agency, representation or employment,

      Defendants - Respondents

————————————————

Motion for Leave to Appeal
Pursuant to 28 U.S.C. § 1453

————————————————

Before DENNIS, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the motion for leave to appeal under 28 U.S.C. § 1453 is DENIED.

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————

No. 15-90017

———————————

STATE OF MISSISSIPPI, ex rel, Jim Hood, Attorney General for the State of Mississippi,

       Plaintiff - Petitioner

v.

ENTERGY MISSISSIPPI, INCORPORATED; ENTERGY CORPORATION; ENTERGY SERVICES, INCORPORATED; ENTERGY POWER, INCORPORATED,

       Defendants - Respondents

———————————

Motion for Leave to Appeal
from an Interlocutory Order

———————————

Before HIGGINBOTHAM, JONES and HIGGINSON, Circuit Judges.

PER CURIAM:

     IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Southern District of Mississippi, Jackson, entered on April 10, 2015, is DENIED.

Certified as a true copy and issued
as the mandate on **Jul 15, 2015**

Attest:

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit